IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATSON NAVIGATION COMPANY, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION and MARITIME ADMINISTRATION,<br><br>　　　　Defendants, | Civil Action No. 1:22-cv-1975 (RDM) |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. Plaintiff's supplemental declaration, ECF No. 25-1, and the portion of Plaintiff's reply brief that relies upon it shall be struck from the docket.

DATE:_____                             _____

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE